# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2020

## NO. 03-18-00397-CV

**Appellant, Texley Incorporated d/b/a Glamour Girls // Cross-Appellant, Glenn Hegar, in his Official Capacity as Texas Comptroller of Public Accounts**

**v.**

**Appellee, Glenn Hegar, in his Official Capacity as Texas Comptroller of Public Accounts // Cross-Appellee, Texley Incorporated d/b/a Glamour Girls**

### APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH

This is an appeal from the trial court's order granting a plea to the jurisdiction and a cross-appeal from the trial court's order granting a temporary injunction. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in both orders. Therefore, the Court reverses the orders and remands the case to the trial court for further proceedings consistent with this Court's opinion. Each party shall bear its own costs related to this appeal, both in this Court and in the court below.